**BARRETT REFINING CORPORATION, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 02–5040.

United States Court of Appeals, Federal Circuit.

Feb. 22, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).